JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

CYNTHIA M. FREY (CABN 150571)
Assistant United States Attorney
   450 Golden Gate Ave., Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7200
   Fax: (415) 436-7234
   E-Mail: cynthia.frey@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>     Plaintiff, <br>   v. <br> KEISHA GARRETT, <br>     Defendant. | No. CR 10-0377 JSW <br><br> STIPULATION AND [~~PROPOSED~~] ORDER EXCLUDING TIME BETWEEN MAY 19, 2010 AND JULY 1, 2010 FROM CALCULATIONS UNDER THE SPEEDY TRIAL ACT (18 U.S.C. § 3161) |

     The defendant, Keisha Garrett, represented by John Runfola, and the government, represented by Cynthia M. Frey, Assistant United States Attorney, appeared before the Court on May 19, 2010 for an arraignment on the indictment and to set the matter for a status conference before the Hon. Jeffrey S. White. The status conference was set for June 17, 2010. Due to scheduling conflicts, the parties stipulated, and the district court ordered that the initial appearance be scheduled for July 1, 2010.

     At the hearing, the parties agreed that time be excluded under the Speedy Trial Act between May 19, 2010 and June 17, 2010 for purposes of continuity of and effective preparation of counsel, in order to provide defense counsel with adequate time to review the discovery and

STIPULATION AND [~~PROPOSED~~] ORDER EXCLUDING TIME
CR 10-0377 JSW

consult with the defendant. The parties also now stipulate to exclude time under the Speedy Trial Act between June 17, 2010 and July 1, 2010 for purposes of continuity of and effective preparation of counsel, in order to provide defense counsel with adequate time to review the discovery and consult with the defendant.

In addition, the defendant agrees to exclude for this period of time any time limits applicable under 18 U.S.C. § 3161. The parties represent that granting the continuance, in order to provide defense counsel with adequate time to review the discovery and consult with the defendant, is necessary for continuity of defense counsel and effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The parties also agree that the ends of justice served by granting such a continuance outweighed the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

SO STIPULATED:

JOSEPH P. RUSSONIELLO
United States Attorney

DATED: June 16, 2010                    /s/
CYNTHIA M. FREY
Assistant United States Attorney

DATED: June 16, 2010                    /s/
JOHN RUNFOLA
Attorney for KEISHA GARRETT

STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME
CR 10-0377 JSW                    -2-

1  Based upon the representation of counsel and for good cause shown, the Court finds that
2  failing to exclude the time between May 19, 2010 and July 1, 2010 would unreasonably deny
3  the defendant continuity of counsel and would deny counsel the reasonable time necessary for
4  effective preparation, taking into account the exercise of due diligence.  18 U.S.C.
5  § 3161(h)(7)(B)(iv).  The Court further finds that the ends of justice served by excluding the
6  time between May 19, 2010 and July 1, 2010 from computation under the Speedy Trial Act
7  outweigh the best interests of the public and the defendant in a speedy trial.
8  Therefore, IT IS HEREBY ORDERED that the time between May 19, 2010 and July 1,
9  2010 shall be excluded from computation under the Speedy Trial Act.  18 U.S.C.
10  § 3161(h)(7)(A) and (B)(iv).

12  DATED: __6/17/10_____   _____
13                                JOSE
                                  United States Magistrate Judge

                                  [Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — Judge Joseph C. Spero]

STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME
CR 10-0377 JSW                                    -3-